Benjamin B. Morris, appellee, v. Carl Ekstrom, appellant. Gen. No. 39,573.

 Heard in the first division of this court for the first district at the June term, 1937. Opinion filed October 18, 1937.

James B. McKeon, for appellant. Benjamin B. Morris, *pro se.*

Mr. Justice McSurely delivered the opinion of the court.